# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina  ▾

| | | |
|---|---|---|
| DOROTHY MILLER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00556-MOC-WCM |
| APPLE, INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dorothy Miller.                                                                                      .

Date:      07/16/2026

/s/Ruth Sheehan
*Attorney's signature*

Ruth Sheehan NC Bar 48069
*Printed name and bar number*
Rhine Law Firm, P.C.
1612 Military Cutoff Rd Ste 300
Wilmington NC 28403

*Address*

ras@rhinelawfirm.com
*E-mail address*

(910) 772-9960
*Telephone number*

(910) 772-9062
*FAX number*