# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| Dorothy Miller | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-556-MOC-WCM |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Apple Inc.                                                                                                           .

Date:      07/17/2026

/s/ Tricia Wilson Magee
*Attorney's signature*

Tricia Wilson Magee
*Printed name and bar number*
Shumaker
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

*Address*

tmagee@shumaker.com
*E-mail address*

(704) 945-2961
*Telephone number*

(704) 332-1197
*FAX number*