DOROTHY MILLER,

          Plaintiff,

v.

APPLE INC.

          Defendant.

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff Dorothy Miller and Defendant Apple Inc. (the "Parties") jointly write to advise the Court that they have reached an agreement in principle to settle this matter. The Parties request that the Court vacate any upcoming deadlines while the Parties negotiate the settlement agreement and the performance of the settlement terms is pending. Once the terms of the settlement are completed, the Parties shall file a Stipulation of Dismissal of the entire action with prejudice.

*{Signatures to follow; remainder of page intentionally left blank}*

Dated: July 17, 2026

Respectfully submitted,

*/s/ Tricia Wilson Magee*

TRICIA WILSON MAGEE (Bar No. 31875)
tmagee@shumaker.com
SHUMAKER, LOOP & KENDRICK LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
Tel: 704-945-2961
Fax: 704-332-1197

DAVID R. SINGH*
David.Singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3000
*Attorneys for Apple Inc.*
*\*Admitted Pro Hac Vice*

Dated: July 17, 2026

*/s/ Ruth A. Sheehan*

Ruth A. Sheehan (Bar No. 48069)
Rhine Law Firm, PC
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
910-772-9960
Fax: 910-772-9062
Email: ras@rhinelawfirm.com
*Attorney for Plaintiff Dorothy Miller*

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE (Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

Ruth A. Sheehan
Rhine Law Firm, PC
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
910-772-9960
Fax: 910-772-9062
Email: ras@rhinelawfirm.com

*Attorneys for Plaintiff Dorothy Miller*

*/s/ Tricia Wilson Magee*
Tricia Wilson Magee