## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:26-CV-556-MOC-WCM

DOROTHY MILLER, )
)
        Plaintiff, )
v. )      **ORDER**
)
APPLE, INC., )
)
        Defendant. )

_____

     This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 28) filed by Ruth A. Sheehan. The Motion indicates that Ms. Sheehan, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Edwin J. Kilpela, Jr., who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

     Accordingly, the Court **GRANTS** the Motion (Doc. 28) and **ADMITS** Edwin J. Kilpela, Jr. to practice *pro hac vice* before the Court in this matter while associated with local counsel.

     It is so ordered.

Signed: 7/17/2026

_____

W. Carleton Metcalf
United States Magistrate Judge