IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:26-CV-00556-MOC-WCM

DOROTHY MILLER                          )
                                        )
                 Plaintiff(s),          )
v.                                      )
                                        )
APPLE INC.                              )
                                        )
                 Defendant(s).          )

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OR PROPOSED INTERVENOR OF CORPORATE
AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT
FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

Apple Inc. _____ who is Defendant _____
*(Name of Party)*                         *(Plaintiff / Defendant/Movant/Intervenor)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   [X] Yes          [ ] No

2. Does the party have any parent corporations?
   [ ] Yes          [X] No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   [ ] Yes          [X] No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – December, 2022

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

☐ Yes    ☒ No

If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?

☐ Yes    ☒ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

Not applicable.

s/ Tricia W. Magee and David R. Singh    07/20/2026
Signature of Attorney    Date