UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA,
CHARLOTTE DIVISION
Case No. 3:26-cv-00556-MOC-WCM

DOROTHY MILLER,

Plaintiff,

v.

APPLE INC.

Defendant.

**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff Dorothy Miller and Defendant Apple Inc. (the "Parties") respectfully move this Court for an extension of time of thirty (30) calendar days to file their Stipulation of Dismissal. Good cause exists to grant the motion.

On July 17, 2026, the parties filed a Notice of Settlement informing the Court that this matter has been resolved. (Doc. No. 29.) That same day, the Court entered a notice directing the parties to file a Stipulation of Dismissal or agreement for entry of judgment on or before August 17, 2026. (*See* Text Only Entry, 11/17/26.)

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, for good cause, extend the time to act when a request is made before the original deadline expires. Here, the Motion is filed before the expiration of the current deadline. And good cause exists for the requested extension. This action arises out of a set of cases pending in other districts; the parties to this case have reached a settlement in principle but require additional time to finalize the written settlement agreement and execute the necessary documentation. The requested extension will not

prejudice any party or unduly delay the resolution of this matter, and it is not being made for any improper purpose or unnecessary delay.

Pursuant to LCvR 7.1(b), undersigned counsel has conferred with opposing counsel regarding the relief requested herein. Opposing counsel consents to this Motion and the requested extension.

WHEREFORE, the Parties respectfully request this Court extend the deadline to file the Stipulation of Dismissal by September 16, 2026, or for such other and further relief as the Court deems just and proper.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Tricia Wilson Magee*

TRICIA WILSON MAGEE (Bar No. 31875)
tmagee@shumaker.com
SHUMAKER, LOOP & KENDRICK LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
Tel: 704-945-2961
Fax: 704-332-1197

DAVID R. SINGH*
David.Singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3000
Attorneys for Apple Inc.
**Admitted Pro Hac Vice*

Dated: August 12, 2026

*/s/ Ruth A. Sheehan*

Ruth A. Sheehan (Bar No. 48069)
Rhine Law Firm, PC
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
910-772-9960
Fax: 910-772-9062
Email: ras@rhinelawfirm.com
*Attorney for Plaintiff Dorothy Miller*