UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA,
CHARLOTTE DIVISION
Case No. 3:26-cv-00556-MOC-WCM

| | |
|---|---|
| DOROTHY MILLER,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | **{PROPOSED}**<br>ORDER |

THIS MATTER is before the Court pursuant to the parties' Joint Motion to Extend Time to File Stipulation of Dismissal, (Doc. No. 33). For the reasons stated in the motion, to which all parties consent, good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the Joint Motion to Extend Time to File Stipulation of Dismissal, (Doc. No. 33), is GRANTED. The parties shall file their Stipulation of Dismissal by September 16, 2026.

IT IS SO ORDERED.